FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OCT 21 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 20-30151-SPM |
| | ) | |
| KORY R. SCHULEIN, | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### Knowingly Receiving Child Pornography by Computer

Beginning on or about a date unknown, but at least as early as January 1, 2016, and continuing until on or about May 22, 2019, more exact dates being unknown to the grand jury, in Randolph County, Illinois, within the Southern District of Illinois,

### KORY R. SCHULEIN,

defendant herein, knowingly received child pornography, that is, visual depictions of actual minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(8)(A). Specifically, the defendant used a computer connected to the internet knowingly to download thousands of child pornography images and videos. The child pornography files that the defendant knowingly received had been shipped and transported in and affecting interstate and foreign commerce using a means and facility of interstate and foreign commerce – namely, a computer connected to the internet – and were found saved to a 1TB black Seagate external hard drive (later marked by law enforcement for identification as "1B2"). All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

A.      The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

B.      Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant,

## KORY R. SCHULEIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)      any child pornography described in Title 18, United States Code, Section 2256(8), or any computer, computer disk, book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was received in violation of such offense;

(2)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(3)      any property, real or personal, used and intended to be used to commit and to promote the commission of such offense.

Such property, depictions, items and matter include, but are not limited to, the following:

**A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN: 5CD6381N1W (1B9);**
**A 1TB Black Seagate external hard drive, SN: NA98ETHD (1B2)**
**A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5)**

C.      If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant, (1) cannot be located upon the exercise of due diligence; (2)   has been transferred or sold to, or deposited with a third person; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United States Code, Section 2253.

2

**A TRUE BILL**

NATHAN D. STUMP
Assistant United States Attorney

JESSICA L. URBAN
Trial Attorney
U.S. Dept. of Justice, Criminal Division

Digitally signed by
STEVEN WEINHOEFT
Date: 2020.10.19
11:22:30 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended bond:  $10,000 unsecured