# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Kory R. Schulein<br>*Defendant(s)* | Case Number: 20-30151-SPM |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC 2252A(a)(2)(A)- Receiving Child Pornography

Date:  October 22, 2020                                                   _____ , Deputy Clerk
                                                                                    *Issuing officer's signature*

City and state:  East St. Louis, IL                                    Margaret M. Robertie, Clerk of Court
                                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                                 _____
                                                                                          *Arresting officer's signature*

                                                                                          _____
                                                                                          *Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)