IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton          [X] East St. Louis

[X] Initial Appearance        [X] Arraignment        [ ] Detention Hearing

**CRIMINAL NO.:** 20-CR-30151-SPM         **DATE**: 11/2/2020
**DEFENDANT:** Kory R. Schulein           **JUDGE**: MARK A. BEATTY
[X] Present    [X] Custody    [ ] Bond
**DEFENSE COUNSEL:** AFPD David Brengle   **DEPUTY**: JENNIFER JONES
[ ] Retained   [X] Appointed              **REPORTER:** HANNAH JAGLER
**GOVT. COUNSEL**: AUSA NATHAN STUMP

**Start Time**:   9:15 A.M.
**End Time:**    9:25 A.M.

[X] Defendant appears in open court with counsel.
[X] Financial Affidavit is submitted to the Court, reviewed and accepted.
[X] The Federal Public Defender's Office is appointed to represent the defendant for all future hearings.
[X] Defendant acknowledges he has reviewed the Indictment [Doc. 1] with counsel, and waives his right to the Indictment being read in open court.
[X] A plea of not guilty as to all charges in the Indictment is entered on behalf of defendant.
[X] Order Regarding Pretrial Discovery and Motion Practice to be entered.
[X] Oral admonishments regarding Rule 5(f) entered.
[X] Defendant released on applicable order setting conditions of release and $5,000 unsecured appearance bond.
[X] Final Pretrial Conference set for December 8, 2020 at 10:00 A.M. and Jury Trial set for December 15, 2020 at 2:00 P.M., Both before U.S. District Judge Stephen P. McGlynn in East St. Louis Courthouse.