## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| | ) | Case No. 20-CR-30151-SPM |
| | ) | |
| **KORY SCHULEIN,** | ) | |
| | ) | |
| **DEFENDANT,** | ) | |

## ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for all future hearings.

**Dated:   11/2/2020**

/s/Mark A. Beatty
**U.S. MAGISTRATE JUDGE**
**MARK A. BEATTY**