# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Kory R. Schulein<br>*Defendant(s)* | Case Number: 20-30151-SPM<br><br>**RECEIVED**<br>U.S. Marshals Service<br><br>OCT 2 1 2020<br><br>Southern District of Illinois<br>E. St. Louis, IL |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kory R. Schulein

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 USC 2252(a)(2)(A)- Receiving Child Pornography

Date: October 22, 2020

*Issuing officer's signature*, Deputy Clerk

City and state:   East St. Louis, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/2020, and the person was arrested on *(date)* 10/29/2020
at *(city and state)*   Sparta, IL

Date: 11/02/2020

*L. Patterson*, IA, "FOR"
*Arresting officer's signature*

FBI Agent Mathews
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)

2125- 1022- 0108- J