# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 20-cr-30151 |
| Kory Schulein | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for      the United States

DATED: 11/3/2020

/s/ Jessica L. Urban
Signature

Jessica L. Urban
Name

1301 New York Ave NW, Washington DC
Address

202-353-4146
Phone Number

202-514-1793
Fax Number

jessica.urban@usdoj.gov
E-Mail Address

Rev. 2/11