IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 20-CR-30151-SPM-1 |
| | ) |
| KORY R. SCHULEIN, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW, Todd M. Schultz, Assistant Federal Public Defender for the Southern District of Illinois, and enters his appearance as counsel of record for Defendant, Kory R. Schulein, in the above-referenced matter. Attorney David Brengle is no longer assigned in this case.

Respectfully submitted,

*/s/ Todd Schultz*
Todd Schultz
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
KORY R. SCHULEIN

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

Jessica L. Urban
Assistant Attorney General
1301 New York Avenue NW
Washington, DC  20005

Nathan D. Stump
Assistant United States Attorney
Nine Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 6th day of November, 2020.

*/s/ Todd Schultz*
Todd Schultz