IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>    Plaintiff, )<br>       )<br>vs.     )<br>       )<br>KORY R. SCHULEIN, )<br>       )<br>    Defendant. ) | Cause No. 3:20-cr-30151-SPM |

## ENTRY OF APPEARANCE

COMES NOW, Sarah Sherer-Kohlburn and Sherer Law Offices, LLC and enters her appearance as attorney of record for Defendant KORY R. SCHULEIN, and requests that all notices regarding this proceeding be directed to said attorney of record.

    Respectfully Submitted,

    KORY R. SCHULEIN, Defendant

BY: /s/ Sarah Sherer-Kohlburn
    Sarah Sherer-Kohlburn
    MO Bar: 68617
    Sherer Law Offices, LLC
    517 St. Louis Street
    Edwardsville, Illinois 62025
    (618) 692-6656—telephone
    sarah@shererlaw.com
    *Attorneys for KORY R. SCHULEIN*
    *Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via electronic mail this 24th day of November, 2020, to the following counsel of record:

Jessica L. Urban
jessica.urban@usdoj.gov

Nathan D. Stump
Nathan.stump@usdoj.gov

                                    /s/Kathryn L. Skinner