# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KORY R. SCHULEIN,<br><br>Defendant. | Case Number:  20-CR-30151-SPM |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the Office of the Federal Public Defender for the Southern District of Illinois, by and through Todd M. Schultz, Assistant Federal Public Defender, and moves for leave of Court to withdraw as attorney of record in this matter and in support thereof states as follows:

1. The Office of the Federal Public Defender for the Southern District of Illinois was appointed to represent Defendant in this case.

2. Defendant has retained private counsel to represent him in this case.  On November 24, 2020, Sarah Sherer-Kohlburn entered her appearance on behalf of Defendant.

3. For this reason the Office of the Federal Public Defender for the Southern District of Illinois moves for leave to withdraw as attorney of record.

WHEREFORE, for the foregoing reason, Movant prays leave to withdraw as attorney of record.

Respectfully submitted,

 s/ Todd M. Schultz
TODD M. SCHULTZ
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2020, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Illinois U.S. District Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                               *s/ Todd M. Schultz*
                                                                               TODD M. SCHULTZ