IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)   Cause No. 3:20-cr-30151-SPM<br>vs. )<br>)<br>KORY R. SCHULEIN, )<br>)<br>    Defendant. ) | |

## **MOTION TO CONTINUE**

COMES NOW, Defendant Kory Schulein by and through his attorney Sarah Sherer-Kohlburn and Sherer Law Offices, LLC and requests that the pretrial and trial date be continued. In support of such motion, Defendant states:

1. Defendant has recently hired counsel. Counsel entered her appearance on or about November 24, 2020 and as such has not had adequate time to prepare for a trial on the merits on December 15, 2020.

2. Defense counsel is in the process of receiving all discovery on this case, but has not yet had the opportunity to review such.

3. Defense counsel and Assistant United States Attorney assigned to this case are engaged in plea negotiations. It is anticipated that, given a continuance, this case may be able to be resolved via plea.

For such reasons, Defendant respectfully requests that the final pretrial date of December 8, 2020 and the trial date of December 15, 2020 be continued until January 15, 2021 or later.

Respectfully Submitted,

KORY R. SCHULEIN, Defendant

        BY: /s/ Sarah Sherer-Kohlburn
         Sarah Sherer-Kohlburn
         MO Bar: 68617
         Sherer Law Offices, LLC
         517 St. Louis Street
         Edwardsville, Illinois 62025
         (618) 692-6656—telephone
         sarah@shererlaw.com
         *Attorneys for KORY R. SCHULEIN*
         *Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via electronic mail this 3rd day of December, 2020, to the following counsel of record:

Jessica L. Urban
jessica.urban@usdoj.gov

Nathan D. Stump
Nathan.stump@usdoj.gov

                                          /s/Kathryn L. Skinner