IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|     Plaintiff,   ) | |
| ) | Cause No. 3:20-cr-30151-SPM |
| vs.   ) | |
| ) | |
| KORY R. SCHULEIN,   ) | |
| ) | |
|     Defendant.   ) | |

## MOTION TO CONTINUE

COMES NOW, Defendant Kory Schulein by and through his attorney Sarah Sherer-Kohlburn and Sherer Law Offices, LLC and requests that the pretrial and trial date be continued. In support of such motion, Defendant states:

1. This cause is currently scheduled for a pretrial conference on January 27, 2021 and for Jury Trial on February 8, 2021.

2. Defense counsel has been informed by court staff that the courthouse is closed through February 15, 2021.

3. Due to the courthouse closure necessitated by COVID-19, counsel believes they cannot proceed forward with this cause at this time as a jury trial would not be allowed to be held as scheduled.

4. Defense counsel and Assistant United States Attorney assigned to this case are engaged in plea negotiations. It is anticipated that this case may be able to be resolved via plea.

For such reasons, Defendant respectfully requests that the final pretrial date of January 27, 2021 and the trial date of February 8, 2021 be continued for sixty days or as otherwise deemed appropriate by the court.

        Respectfully Submitted,

        KORY R. SCHULEIN, Defendant

BY: /s/ Sarah Sherer-Kohlburn
    Sarah Sherer-Kohlburn
    MO Bar: 68617
    Sherer Law Offices, LLC
    517 St. Louis Street
    Edwardsville, Illinois 62025
    (618) 692-6656—telephone
    sarah@shererlaw.com
    *Attorneys for KORY R. SCHULEIN*
    *Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via electronic mail this 20th day of January, 2021, to the following counsel of record:

Jessica L. Urban
jessica.urban@usdoj.gov

Nathan D. Stump
Nathan.stump@usdoj.gov

/s/Kathryn L. Skinner