IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 3:20-cr-30151-SPM |
| vs. ) | |
| ) | |
| KORY R. SCHULEIN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

COMES NOW, Defendant, KORY SCHULEIN, by and through his attorney Sarah Sherer-Kohlburn and Sherer Law Offices, LLC and requests that the pretrial and trial date be continued. In support of such motion, Defendant states:

1. This cause is currently scheduled for a change of plea hearing on March 30, 2021.

2. The parties had previously discussed conducting the March 30, 2021 hearing via Zoom. However, upon further discussion, the parties have agreed that such should be conducted in person as the defendant will be taken into custody upon completion of the change of plea.

3. Due to the previous intention to hold this hearing via Zoom, defense counsel is unable to be present in person on March 30, 2021.

4. The parties desire to resolve this matter quickly and as such Defendant is only requesting a continuance of up to thirty days.

5. Both parties are in agreement with a short continuance.

For such reasons, Defendant respectfully requests that the March 30, 2021 hearing be continued for thirty days or less, or as otherwise deemed appropriate by the court.

Respectfully Submitted,

KORY R. SCHULEIN, Defendant

BY: /s/ Sarah Sherer-Kohlburn
Sarah Sherer-Kohlburn
MO Bar: 68617
Sherer Law Offices, LLC
517 St. Louis Street
Edwardsville, Illinois 62025
(618) 692-6656—telephone
sarah@shererlaw.com
*Attorneys for KORY R. SCHULEIN*
*Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via electronic mail this 18th day of March, 2021, to the following counsel of record:

Jessica L. Urban
jessica.urban@usdoj.gov

Nathan D. Stump
Nathan.stump@usdoj.gov

/s/Kathryn L. Skinner