AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cr-30151 |
| Kory Schulein | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                     .

Date: 04/27/2021

/s/ Alicia A. Bove
*Attorney's signature*

Alicia A. Bove  NY Bar No. 4930970
*Printed name and bar number*

Child Exploitation & Obscenity Section
Department of Justice
1301 New York Avenue NW
Washington, DC 20005
*Address*

alicia.bove@usdoj.gov
*E-mail address*

(202) 616-5313
*Telephone number*

(202) 514-1793
*FAX number*