UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton  [X] East St. Louis

[ ] INITIAL APPEARANCE   [ ] ARRAIGNMENT   [X] CHANGE OF PLEA   [ ] PLEA TO INFORMATION

CRIMINAL NO: 20-cr-30151-SPM   DATE: 4/28/2021   TIME: 40 minutes

USA vs. KORY R. SCHULEIN
[X] Present  [ ] Custody  [X] Bond

JUDGE: Stephen P. McGlynn, U.S. District Judge

REPORTER: Hannah Jagler

COUNSEL FOR DEFENDANT: Sarah Sherer-Kohlburn
[X] Present  [ ] Appointed  [X] Retained  [ ] Waived

COURTROOM DEPUTY:
Jackie Muckensturm

GOVERNMENT COUNSEL: Nathan Stump, AUSA

[X] Defendant appears.

[X] Defendant sworn.

[X] Indictment read to Defendant.

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Defendant withdraws plea of not guilty as to Counts(s) 1 of the Indictment.

[X] Plea:    [X] Guilty as to Count(s) 1 of the Indictment.

[ ] Not Guilty as to Count(s) _____

[X] Plea Agreement   [ ] Oral    [X] Written       [ ] Open Plea

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set on **August 11, 2021** at **1:30 PM** in East St. Louis before Judge Stephen P. McGlynn.

[X] Defendant remanded to custody of U.S. Marshals, East St. Louis.

[X] Defendant agrees to forfeiture allegation.

[X] Jury Trial setting is STRICKEN from the docket.

[X] NOTE: No further notice will be given.