IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:20-cr-30151-SPM |
| ) | |
| KORY R. SCHULEIN, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

In connection with the Defendant's plea of guilty, the parties agree to the following facts:

1. At all times relevant to the case, the Defendant, Kory R. Schulein, lived in a single-family home in Randolph County, Illinois.

2. Beginning on or about January 1, 2016, and continuing until on or about May 22, 2019, in Randolph County, Illinois, the Defendant used a Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN: 5CD6381N1W (1B9) knowingly to download images and videos of child pornography.

3. The child pornography that the Defendant knowingly received
   a. constituted visual depictions of actual minors engaging in sexually explicit conduct;
   b. had been shipped and transported in and affecting interstate and foreign commerce via the internet; and
   c. was stored on a 1TB Black Seagate external hard drive, SN: NA98ETHD (1B2) and a 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5) in the possession of the Defendant.

4. At the time he received the child pornography images and videos, the Defendant knew that one or more persons depicted in them was under the age of eighteen years.

**SO STIPULATED.**

FOR THE UNITED STATES OF AMERICA

STEVEN D. WEINHOEFT
United States Attorney

_Jessica Urban/NDS_
Jessica L. Urban (with consent)
Trial Attorney
U.S. Dept. of Justice, Criminal Division

_/s/ Nathan D. Stump_
Nathan D. Stump
Assistant United States Attorney
Southern District of Illinois

FOR THE DEFENDANT, KORY R. SCHULEIN

_/s/ Sarah Sherer-Kohlburn_
Sarah Sherer-Kohlburn
Attorney for Defendant

_/s/ Kory Schulein_
Kory R. Schulein
Defendant