IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 20-CR-30151-SPM ) |
| KORY R. SCHULEIN, | ) ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO CERTAIN ELECTRONIC EQUIPMENT OF KORY R. SCHULEIN**

The United States of America moves pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for the entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Kory R. Schulein:

1. A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN:5CD6381N1W (1B9);

2. A 1TB Black Seagate external hard drive, SN:NA98ETHD (1B2); and

3. A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5).

A proposed Preliminary Order of Forfeiture is submitted herewith.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

 */s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
Email: nathan.stump@usdoj.gov

1