IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | Cause No. 3:20-cr-30151-SPM |
| vs.    ) | |
| ) | |
| KORY R. SCHULEIN,    ) | |
| ) | |
|     Defendant.    ) | |

## **WITNESS DISCLOSURES**

COMES NOW, Defendant Kory Schulein by and through his attorney Sarah Sherer-Kohlburn and Sherer Law Offices, LLC and provides notice of his intent to call the following witnesses at the sentencing hearing:

1. Robert Schulein, defendant's father, who is expected to testify as to the defendant's good character. Expected testimony is approximately five minutes in length.

    Address: 12915 Sunset Drive, Sparta, IL 62286

2. Kathy Schulein, defendant's mother, who is expected to testify as to the defendant's good character. Expected testimony is approximately five minutes in length.

    Address: 12915 Sunset Drive, Sparta, IL 62286

Defendant also intends to present three short letters from family friends at the time of sentencing, which have been supplied in advance to the Government. Each letter is no more than one page in length.

                                          Respectfully Submitted,

                                          KORY R. SCHULEIN, Defendant

                                          BY: /s/ Sarah Sherer-Kohlburn
                                                Sarah Sherer-Kohlburn

          MO Bar: 68617
          Sherer Law Offices, LLC
          517 St. Louis Street
          Edwardsville, Illinois 62025
          (618) 692-6656—telephone
          sarah@shererlaw.com
          *Attorneys for KORY R. SCHULEIN*
          *Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via electronic mail this 12th day of August, 2021, to the following counsel of record:

Jessica L. Urban
jessica.urban@usdoj.gov

Nathan D. Stump
Nathan.stump@usdoj.gov

Alicia Ann Bove
Alicia.bove@usdoj.gov


/s/Sarah Sherer-Kohlburn