IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-CR-30151-SPM |
| | ) | |
| KORY R. SCHULEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its undersigned attorneys, hereby moves for a one-week continuance of the sentencing hearing in this case.

**I.     Background**

Defendant Kory R. Schulein ("Defendant") was charged by indictment on October 21, 2020, with one count of knowingly receiving child pornography by computer in violation of 18 U.S.C. § 2252A(a)(2)(A). He pled guilty to the charge on April 28, 2021. *See* Doc. 32. Sentencing was originally set for August 11, but due to a conflict with the Court's schedule, it was continued *sua sponte* to August 25. *See* Doc. 43.

**II.     Basis for Motion**

Co-counsel for the United States, Alica Bove, has a conflict with the August 25 setting. Accordingly, the United States is seeking a short, one-week continuance to allow Ms. Bove to attend and participate at the hearing. Counsel for Mr. Schulein has been consulted and has no objection to the proposed continuance, so long as the hearing is scheduled for September 1 at 1:00 pm or later. Earlier today, a member of the Court's staff informed the undersigned that the Court would consider a motion to reset the hearing for the afternoon of September 1.

### III.     Requested Order

Wherefore, the United States respectfully requests that the Court enter an order continuing the sentencing hearing in this case to Wednesday, September 1, at 1:00 pm or later.

If the Court has a conflict that afternoon or is otherwise inclined to set the matter for another date and time, the United States would request that the Court simply deny this motion and keep the hearing scheduled as is.

Date: August 18, 2021                                    Respectfully submitted,

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

 *s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Nathan.Stump@usdoj.gov
(618) 628-3700
Fax:  (618) 628-3720

ALICIA A. BOVE
Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue NW
Washington, DC 20005
Alicia.Bove@usdoj.gov
(202) 616-5313
Fax: (202) 514-1793