# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

☐ Benton    ☒ **East St. Louis**    ☐ Contested    ☒ **Uncontested**

# MINUTES OF DISPOSITION
JUDGE: **Stephen P. McGlynn, U.S. District Judge**

| | |
|---|---|
| USA v. KORY R. SCHULEIN | CRIMINAL CASE NO.: 20-CR-30151-SPM |
| DATE: **September 1, 2021** | TIME: **1:30 PM – 2:45 PM** |
| REPORTER: **Hannah Jagler** | DEPUTY: **Jackie Muckensturm** |
| GOVT. COUNSEL: **Nathan Stump**<br>    **Alicia Bove** | DEF. COUNSEL: **Sarah Sherer-Kohlburn** |
| U.S. PROBATION: **Tammi Spencer** | |

The Court Orders the Presentence Investigation Report to be SEALED with counsel having access to same in the event of an Appeal. The Recommendation is to be placed under separate seal and Counsel will not have access to same.

OFFENSE LEVEL: 34    CRIMINAL HISTORY CATEGORY: I

SENTENCE RANGE: Ct. 1: 151 – 188 months

FINE RANGE: $35,000 to $250,000

SUPERVISED RELEASE RANGE: Ct. 1: 1 to 5 years-life

SENTENCE: **To be imprisoned for a term of 151 months as to Count 1 of the Indictment.**

SUPERVISED RELEASE: **Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 10 years as to Count 1 of the Indictment.**

Defendant shall pay a **SPECIAL ASSESSMENT** of **$100.00,** payable to the Clerk, United States District Court, due immediately.

Defendant shall pay **$5,000.00** to the AVAA Assessment.

Defendant ordered to pay restitution of $12,000.00 which was paid on 4/28/2021.

Fine is **Waived**.

Defendant shall forfeit:
**1. A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN:5CD6381N1W (1B9);**
**2. A 1TB Black Seagate external hard drive, SN:NA98ETHD (1B2); and**
**3. A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5).**

Defendant advised of right to appeal within 14 days.

Defendant remanded to the custody of the USMS.