IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CR-30151-SPM |
| | ) | |
| KORY R. SCHULEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## FULL WAIVER OF READING OF TERMS AND CONDITIONS OF SUPERVISION IN OPEN COURT AT SENTENCING

Defendant, through Counsel, acknowledges that Defendant has reviewed and discussed the Presentence Report (PSR), including the proposed terms and conditions of supervision recommended in the PSR by the United States Probation Office. Defendant and Counsel have discussed the explanations of those conditions and the justifications for them.

Defendant understands that, because no objections regarding the terms and conditions of supervision recommended in the PSR have been filed, the Court may impose upon Defendant all the terms and conditions of supervision recommended in the PSR which the Court finds to be appropriate. Defendant understands that the terms and conditions of supervision determined to be appropriate by the Court will be included in the judgment, and Defendant understands that Defendant will be required to follow the terms and conditions of supervision while on supervision.

Defendant is aware that, during the sentencing hearing, the Court will read to Defendant all of the terms and conditions of supervision that the Court is imposing, if Defendant requests. Defendant has had adequate time to discuss the terms and conditions of supervision with Counsel and waives the reading of the terms and conditions of supervision.

Defendant has no objection to imposition of the conditions of supervision set forth in the PSR, and Defendant has no objection to the wording of the conditions. Defendant agrees that the PSR sets forth adequate explanation for the necessity of the conditions, and Defendant understands the conditions.

Defendant understands that Defendant and/or the probation officer may petition the Court to modify these conditions, and the final decision to modify these terms lies with the Court. If Defendant believes these conditions are being enforced unreasonably, Defendant may petition the Court for relief or clarification; however, Defendant must comply with the directions of the probation officer unless or until the Court directs otherwise. Upon a finding of a violation of probation or supervised release, Defendant understands that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.

Defendant signs this waiver freely and voluntarily, and no threats, force, or coercion have been used to cause Defendant to sign this waiver.

Dated: 9/1/21

Dated: 9/1/21

_____
Signature of Defendant

_____
Signature of Defendant's Attorney