IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : CRIMINAL NO.20-CR-30151-SPM |
| | : |
| KORY R. SCHULEIN, | : |
| | : |
| | : |
| DEFENDANT. | : |

## ENTRY OF APPEARANCE ON BEHALF OF THE UNITED STATES OF AMERICA

To the Clerk of this Court and all parties of record:

Pursuant to SDIL-LR 83.1(f), Ali M. Summers, Assistant United States Attorney, respectfully enters her appearance as counsel in this case for the following listed plaintiff:

1. United States of America

Wherefore, plaintiff's counsel respectfully enters his appearance pursuant to SDIL-LR 83.1(f). Furthermore, Assistant United States Attorney Ali M. Summers is designated as "Lead Counsel" pursuant to SDIL-LR 5.1(a).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

*/s/ Ali M. Summers*
ALI M. SUMMERS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
ali.summers@usdoj.gov