IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-CR-30151-SPM |
| | ) | |
| KORY R. SCHULEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

Now comes the United States of America by Steven D. Weinhoeft, United States Attorney

for the Southern District of Illinois, and Ali M. Summers, Assistant United States Attorney, and

moves that this Court enter an Order of Finding of No Third-Party Interests pursuant to 21 U.S.C. §

853(n)(7) with respect to the following property:

1. **A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN:5CD6381N1W (1B9);**

2. **A 1TB Black Seagate external hard drive, SN:NA98ETHD (1B2); and**

3. **A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5).**

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Ali M. Summers*
ALI M. SUMMERS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
ali.summers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-CR-30151-SPM |
| | ) | |
| KORY R. SCHULEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I caused to be electronically filed the foregoing
MOTION FOR ORDER OF FINDING OF NO THIRD-PARTY INTERESTS with the Clerk of Court using
the CM/ECF system which will send notification of such filing(s) to the following:

**Sarah Sherer-Kohlburn**


Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


*/s/ Ali M. Summers*
ALI M. SUMMERS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
ali.summers@usdoj.gov