## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

**v.**                           **Case No. 20-cr-30151-SPM**

**KORY R. SCHULEIN,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On August 2, 2021, this Court entered an order for forfeiture (Doc. 44) against Defendant Kory R. Schulein, for the following property which had been seized from the defendant:

1. **A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN:5CD6381N1W (1B9);**

2. **A 1TB Black Seagate external hard drive, SN:NA98ETHD (1B2); and**

3. **A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5).**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 1, 2020, and ending September 30, 2021, and that no third party filed a

petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture (Doc. 44) filed on August 2, 2021, namely:

1. **A Silver/Gold HP Pavilion laptop computer, model 3165NGW, SN:5CD6381N1W (1B9);**

2. **A 1TB Black Seagate external hard drive, SN:NA98ETHD (1B2); and**

3. **A 2TB Black Seagate external hard drive, SN: NA9805ZR labeled "Backup" (1B5).**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**DATE: <u>January 24, 2022</u>**

<u>s/Stephen P. McGlynn</u>
**STEPHEN P. McGLYNN**
**U.S. District Court Judge**